# Notice Recipients

District/Off: 0861−5     User: admin     Date Created: 4/4/2022
Case: 5:22−bk−70349     Form ID: 309A     Total: 51

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Christine A Harp | 3461 W Earnhardt Dr | Fayetteville, AR 72704 |
| ust | U.S. Trustee (ust) | Office of U.S. Trustee | 200 W Capitol, Ste. 1200    Little Rock, AR 72201 |
| tr | J. Brian Ferguson | Chapter 7 Panel Trustee | Teleconf 888−567−7138 code9171517    P.O. Box 926    Bentonville, AR 72712 |
| aty | Todd F. Hertzberg | HERTZBERG LAW FIRM OF ARKANSAS, P.A. | 4285 N. Shiloh Dr.    Suite 108    Fayetteville, AR 72704 |
| 5213946 | Arvest Bank | PO Box 1095 | Lowell, AR 72745−0000 |
| 5213947 | Banana Republic/Synchrony Bank | PO Box 965004 | Orlando, FL 32896 |
| 5213948 | Bank of America | PO Box 15284 | Wilmington, DE 19850−0000 |
| 5213949 | Cabela's Capital One | P.O. Box 60599 | City of Industry, CA 91716−0599 |
| 5213950 | Capital One (Kohls) | Po Box 30510 | Los Angeles, CA 90030−0510 |
| 5213951 | Care Credit/Synchrony Bank | Attn: Bankruptcy Dept. | P.O. 965061    Orlando, FL 32896 |
| 5213953 | Citibank (Best Buy) | Po Box 6275 | Sioux Falls, SD 57117−6275 |
| 5213954 | Comenity Bank (Maurices) | Po Box 182125 | Columbus, OH 43218−2125 |
| 5213955 | Credit One Bank | PO Box 60500 | City of Industry, CA 91716−0000 |
| 5213956 | EDFinancial Services | 120 N Seven Oaks Dr | Knoxville, TN 37922−0000 |
| 5213957 | Equifax | Po Box 9701 | Allen, TX 75013−9701 |
| 5213958 | Exeter | PO Box 166008 | Irving, TX 75016−0000 |
| 5213959 | Experian | PO Box 4500 | 75013−0000 |
| 5213960 | First National Bank of Omaha | P.O. Box 3696 | Omaha, NE 68103−0696 |
| 5213962 | Ford Motor Credit | P.O. Box 542000 | Omaha, NE 68154 |
| 5213961 | Ford Motor Credit | c/o Hosto & Buchan | PO Box 3397    Little Rock, AR 72203−0000 |
| 5213963 | Fortiva Retail Credit | P.O. Box 105341 | Atlanta, GA 30348 |
| 5213964 | Hertzberg Law Firm of Arkansas, P.A. | 4285 N. Shiloh Drive STE 108 | Fayetteville, AR 72703 |
| 5213965 | Internal Revenue Service | PO Box 7346 | 19101−0000 |
| 5213966 | J.P. Morgan Chase Bank | P.O. Box 15369 | Wilmington, DE 19850 |
| 5213967 | Jefferson Capital Systems, LLC | 16 McLeland Rd. | Saint Cloud, MN 56303 |
| 5213969 | LVNV Funding | P.O. Box 1269 Greenville | Greenville, SC 29602 |
| 5213968 | Lowes/Synchrony Bank | P.O. Box 981064 | El Paso, TX 79998 |
| 5213970 | Mac Tools | 505 N Cleveland Ave. | Westerville, OH 43082 |
| 5213971 | Mana Medical Assoc. | PO Box 1523 | Fayetteville, AR 72702−0000 |
| 5213972 | Mission Lane | P.O. Box 23075 | Columbus, GA 31902−3075 |
| 5213973 | Old Navy/Synchrony Bank | PO Box 965004 | Orlando, FL 32896 |
| 5213974 | Ollo | P.O. Box 660371 | Dallas, TX 75266−0371 |
| 5214080 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 5213975 | Paypal Credit | PO Box 105658 | Atlanta, GA 30348−0000 |
| 5213977 | Portfolio Recovery Assoc | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502−0000 |
| 5213976 | Portfolio Recovery Assoc | PO Box 12914 | Norfolk , VA 23541 |
| 5213978 | Portfolio Recovery Associates | PO Box 12914 | Norfolk, VA 23541 |
| 5213979 | Premier Counseling Serv NWA | 19 E Mountain Street | Fayetteville, AR 72701 |
| 5213980 | Quantum3 Group LLC as agent fo | Comenity Bank | PO Box 788    Kirkland, WA 98083−0000 |
| 5213981 | Roger Craig Harp | 1620 N Whistling Straits 103 | Fayetteville, AR 72704−6495 |
| 5213982 | Rushmore Loan Management Services | PO Box 52708 | Irvine, CA 92619 |
| 5213984 | Synchrony Bank | Attn: Bankruptcy Dept | Po Box 965064    Orlando, FL 32896−5064 |
| 5213983 | Synchrony Bank | PO Box 965064 | Orlando, FL 32896−5064 |
| 5213985 | Synchrony Bank (Sams) | Attn: Bankruptcy Dept | PO Box 965060    Orlando, FL 32896−0000 |
| 5213986 | Synchrony Bank/TJX | Attn: Bankruptcy | P.O. Box 965060    Orlando, FL 32896 |
| 5213988 | TD Bank (Target) | PO Box 660170 | Dallas, TX 75266−0000 |
| 5213989 | THD/CBNA − Home Depot | PO Box 6497 | Sioux Falls, SD 57117−0000 |
| 5213987 | Tbom/Contfin | P.O. Box 3220 | Buffalo, NY 14240 |
| 5213990 | Trans Union | Po Box 2000 | Chester, PA 19016−2000 |
| 5213991 | Verve | P.O. Box 6812 | Carol Stream, IL 60197−6812 |
| 5213992 | Wells Fargo Equip. Finance | P.O. Box 858178 | Minneapolis, MN 55485−8178 |

TOTAL: 51