United States Bankruptcy Court
Western District of Arkansas

In re:  
Christine A Harp  
  Debtor

Case No. 22-70349-bmr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0861-5     User: admin     Page 1 of 3  
Date Rcvd: Apr 04, 2022     Form ID: 309A     Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine A Harp, 3461 W Earnhardt Dr, Fayetteville, AR 72704-6094 |
| tr | ++ | J BRIAN FERGUSON, 3333 PINNACLE HILLS PARKWAY STE 410, ROGERS AR 72758-9087 address filed with court:, J. Brian Ferguson, Chapter 7 Panel Trustee, &lt;b&gt;Teleconf 888-567-7138 code9171517&lt;/b&gt;, P.O. Box 926, Bentonville, AR 72712 |
| 5213948 | + | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 5213957 |  | Equifax, Po Box 9701, Allen, TX 75013-9701 |
| 5213958 | + | Exeter, PO Box 166008, Irving, TX 75016-6008 |
| 5213959 | + | Experian, PO Box 75013-1311 |
| 5213960 |  | First National Bank of Omaha, P.O. Box 3696, Omaha, NE 68103-0696 |
| 5213961 | + | Ford Motor Credit, c/o Hosto & Buchan, PO Box 3397, Little Rock, AR 72203-3397 |
| 5213964 | + | Hertzberg Law Firm of Arkansas, P.A., 4285 N. Shiloh Drive STE 108, Fayetteville, AR 72703-5351 |
| 5213970 | #+ | Mac Tools, 505 N Cleveland Ave., Westerville, OH 43082-7130 |
| 5213971 | + | Mana Medical Assoc., PO Box 1523, Fayetteville, AR 72702-1523 |
| 5213972 |  | Mission Lane, P.O. Box 23075, Columbus, GA 31902-3075 |
| 5213979 | + | Premier Counseling Serv NWA, 19 E Mountain Street, Fayetteville, AR 72701-6067 |
| 5213981 |  | Roger Craig Harp, 1620 N Whistling Straits 103, Fayetteville, AR 72704-6495 |
| 5213982 | + | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 5213987 | + | Tbom/Contfin, P.O. Box 3220, Buffalo, NY 14240-3220 |
| 5213990 |  | Trans Union, Po Box 2000, Chester, PA 19016-2000 |
| 5213991 |  | Verve, P.O. Box 6812, Carol Stream, IL 60197-6812 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: toddhertzberg@yahoo.com | Apr 04 2022 21:29:00 | Todd F. Hertzberg, HERTZBERG LAW FIRM OF ARKANSAS, P.A., 4285 N. Shiloh Dr., Suite 108, Fayetteville, AR 72704 |
| tr | | EDI: BJBFERGUSON | Apr 05 2022 01:33:00 | J. Brian Ferguson, Chapter 7 Panel Trustee, &lt;b&gt;Teleconf 888-567-7138 code9171517&lt;/b&gt;, P.O. Box 926, Bentonville, AR 72712 |
| ust | + | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | Apr 04 2022 21:29:00 | U.S. Trustee (ust), Office of U.S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 5213946 | | Email/Text: bankruptcy@arvest.com | Apr 04 2022 21:29:00 | Arvest Bank, PO Box 1095, Lowell, AR 72745-0000 |
| 5213947 | + | EDI: RMSC.COM | Apr 05 2022 01:33:00 | Banana Republic/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 5213949 | | EDI: CAPITALONE.COM | Apr 05 2022 01:33:00 | Cabela's Capital One, P.O. Box 60599, City of Industry, CA 91716-0599 |
| 5213950 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 04 2022 21:29:00 | Capital One (Kohls), Po Box 30510, Los Angeles, CA 90030-0510 |

| District/off: 0861-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: 309A | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 5213951 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Care Credit/Synchrony Bank, Attn: Bankruptcy Dept., P.O. 965061, Orlando, FL 32896-5061 |
| 5213953 | EDI: CITICORP.COM | Apr 05 2022 01:33:00 | Citibank (Best Buy), Po Box 6275, Sioux Falls, SD 57117-6275 |
| 5213954 | EDI: WFNNB.COM | Apr 05 2022 01:33:00 | Comenity Bank (Maurices), Po Box 182125, Columbus, OH 43218-2125 |
| 5213955 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 04 2022 21:36:09 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5213956 | + Email/Text: EBN@edfinancial.com | Apr 04 2022 21:29:00 | EDFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5213962 | + EDI: FORD.COM | Apr 05 2022 01:33:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5213963 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 04 2022 21:29:00 | Fortiva Retail Credit, P.O. Box 105341, Atlanta, GA 30348-5341 |
| 5213965 | + EDI: IRS.COM | Apr 05 2022 01:33:00 | Internal Revenue Service, PO Box 19101-7346 |
| 5213967 | EDI: JEFFERSONCAP.COM | Apr 05 2022 01:33:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 5213966 | EDI: JPMORGANCHASE | Apr 05 2022 01:33:00 | J.P. Morgan Chase Bank, P.O. Box 15369, Wilmington, DE 19850 |
| 5213969 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2022 21:36:16 | LVNV Funding, P.O. Box 1269 Greenville, Greenville, SC 29602-1269 |
| 5213968 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Lowes/Synchrony Bank, P.O. Box 981064, El Paso, TX 79998-1064 |
| 5213973 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Old Navy/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 5213974 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 04 2022 21:36:16 | Ollo, P.O. Box 660371, Dallas, TX 75266-0371 |
| 5213977 | EDI: PRA.COM | Apr 05 2022 01:33:00 | Portfolio Recovery Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-0000 |
| 5213976 | EDI: PRA.COM | Apr 05 2022 01:33:00 | Portfolio Recovery Assoc, PO Box 12914, Norfolk, VA 23541 |
| 5213978 | EDI: PRA.COM | Apr 05 2022 01:33:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 5214080 | + EDI: RECOVERYCORP.COM | Apr 05 2022 01:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5213975 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5213980 | + EDI: Q3G.COM | Apr 05 2022 01:33:00 | Quantum3 Group LLC as agent fo, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5213983 | EDI: RMSC.COM | Apr 05 2022 01:33:00 | Synchrony Bank, PO Box 965064, Orlando, FL 32896-5064 |
| 5213984 | EDI: RMSC.COM | Apr 05 2022 01:33:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5213985 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Synchrony Bank (Sams), Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 5213986 | + EDI: RMSC.COM | Apr 05 2022 01:33:00 | Synchrony Bank/TJX, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5213988 | + EDI: WTRRNBANK.COM | Apr 05 2022 01:33:00 | TD Bank (Target), PO Box 660170, Dallas, TX 75266-0170 |
| 5213989 | + EDI: CITICORP.COM | Apr 05 2022 01:33:00 | THD/CBNA - Home Depot, PO Box 6497, Sioux |

| District/off: 0861-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2022 | Form ID: 309A | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 5213992 | EDI: WFFC.COM | | | Falls, SD 57117-6497 |
| | | Apr 05 2022 01:33:00 | | Wells Fargo Equip. Finance, P.O. Box 858178, Minneapolis, MN 55485-8178 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Brian Ferguson | brian@ozarkfunds.com AR24@ecfcbis.com |
| Todd F. Hertzberg | on behalf of Debtor Christine A Harp toddhertzberg@yahoo.com tfhertzbergigotnotices@gmail.com;tfhign@gmail.com;hertzberlawfirmofarkansaspa@jubileebk.net;diana.hertzberglaw@yahoo.com;autumn.hertzberglaw@yahoo.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Christine A Harp** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx–xx–0344** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Arkansas** | Date case filed for chapter **7** | **4/1/22** |
| Case number: | **5:22–bk–70349** | Judge: | **Bianca M Rucker** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                         10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christine A Harp | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3461 W Earnhardt Dr <br> Fayetteville, AR 72704 | |
| 4. | **Debtor's attorney** <br> Name and address | Todd F. Hertzberg <br> HERTZBERG LAW FIRM OF ARKANSAS, P.A. <br> 4285 N. Shiloh Dr. <br> Suite 108 <br> Fayetteville, AR 72704 | Contact phone 479–303–5555 <br><br> Email: toddhertzberg@yahoo.com |
| 5. | **Bankruptcy trustee** <br> Name and address | J. Brian Ferguson <br> Chapter 7 Panel Trustee <br> **Teleconf 888–567–7138 code9171517** <br> P.O. Box 926 <br> Bentonville, AR 72712 | Contact phone 479–464–4418 <br><br> Email: brian@ozarkfunds.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 1

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street Little Rock, AR 72201 OR 35 E. Mountain St. Rm 316 Fayetteville, AR 72701 | Hours open: 8:00 a.m. – 5:00 p.m. Contact phone: 501–918–5500 or 479–582–9800 Date: 4/4/22 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 19, 2022 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location: **341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. **Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline: 7/18/22** **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\* \*\*\*\***Filing deadline: See Bankruptcy Rule 1019(2)(B).** |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. | **Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |