IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: CHRISTINE A. HARP,            CASE NO. 5:22-BK-70349
          DEBTOR                                                        CHAPTER 7

**APPLICATION BY TRUSTEE
AND THE LAW FIRM OF WHICH HE IS A MEMBER
TO ACT AS ATTORNEY FOR THE ESTATE**

For his Application, J. Brian Ferguson, Trustee, respectfully alleges as follows:

1. Applicant is the duly qualified and acting Trustee in this case.

2. To perform his duties as Trustee, your applicant requires services of an attorney for the following purposes:

     a. to advise applicant concerning questions arising in the conduct of the administration of the estate and concerning applicant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties-in-interest;

     b. to appear for, prosecute, defend and represent applicant's interest in suits arising in or related to this case;

     c. to investigate and prosecute tort, preference and other actions arising under the trustee's avoiding powers; and

     d. to assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate.

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain generally Ferguson Law Firm, PLLC as counsel for the Trustee.

4. Applicant is an attorney at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and has a particular expertise with regard to bankruptcy, and debtor/creditor matters in case under the Bankruptcy Code.

5.  Based upon the Declaration attached hereto, applicant believes that said law firm and its members and associates do not hold or represent any interest adverse to that of your applicant or the debtor estate and that said law firm is a disinterested person within the meaning of 11 U.S.C. § 101(14). Applicant is informed that the normal hourly billing rates of said law firm at the time of Application is $250.00 for members. It is contemplated that said attorneys will seek interim compensation during the case as permitted by 11 U.S.C. § 331.

6.  The Trustee asks this Court to approve this Application to Employ Attorney.

**WHEREFORE**, applicant prays that the be authorized to employ Ferguson Law Firm, PLLC, generally, as his attorney to render services in the areas described above with compensation and necessary expenses to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Dated: April 23, 2022.

Respectfully submitted,

/s/ *J. Brian Ferguson*
J. Brian Ferguson, Trustee
P.O. Box 926
Bentonville, AR 72712
Tel. (479) 464-4418
brian@ozarkfunds.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2022, a true and correct copy of the foregoing document was served via electronic mail on the parties subscribing to the Court's CM/ECF system in this case.

/s/ *J. Brian Ferguson*
J. Brian Ferguson, Trustee