IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: CHRISTINE A. HARP,            CASE NO. 5:22-BK-70349
      DEBTOR                                           CHAPTER 7

## DECLARATION OF DISINTERESTEDNESS

I, J. Brian Ferguson, declare under penalty of perjury:

1. That I am an attorney, duly licensed in the State of Arkansas and admitted to practice before all courts of the State of Arkansas, as well as this Court, the District Court for the Northern District of Texas, and the court of Appeals for the Fifth Circuit.

2. That I am a partner of the firm of Ferguson Law Firm, PLLC ("FLF"), which maintains its office at 3333 S. Pinnacle Hills Parkway, Suite 410, Rogers, Arkansas 72758.

3. That I have conducted a conflict check and determined that neither FLF nor I have any connection with the debtor(s) in this case, any of its, his, her or their creditors, or any other party in interest or his respective attorney or accountant. Accordingly, FLF is a disinterested person as defined by 11 U.S.C. § 101(14).

4. That to date the FLF has been paid nothing by the Trustee in connection with this matter.

5. That FLF has received no transfer, assignment or pledge or property in relation to the case or potential employment in relation to this case.

6. That FLF has not shared or agreed to share said fee with any other person other than members of the Ferguson Law Firm, PLLC.

Dated: April 23, 2022.

                Respectfully submitted,

                /s/ *J. Brian Ferguson*
                J. Brian Ferguson
                Arkansas Bar No. AR2018117
                Ferguson Law Firm, PLLC
                3333 Pinnacle Hills Pkwy, Suite 410
                Rogers, AR 72758
                (479) 464-4418 (Telephone)
                brian@ozarkfunds.com