IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

IN RE: CHRISTINE A. HARP,                    CASE NO. 5:22-BK-70349

    DEBTOR                                                                        CHAPTER 7

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF
FERGUSON LAW FIRM, PLLC AS TRUSTEE COUNSEL**

On April 23, 2022, J. Brian Ferguson, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), filed his Application to Approve Employment of the Ferguson Law Firm, PLLC as counsel for the Trustee [ECF Doc. No. 7], pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014. Based on a review of the Application, its attached Declaration of Disinterestedness, and the Court's docket, the Court finds that the Application is APPROVED.

IT IS SO ORDERED.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 04/25/2022

PROPOSED ORDER PREPARED BY:
J. Brian Ferguson
Arkansas Bar No. AR2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
Counsel for J. Brian Ferguson, Trustee