# Notice Recipients

District/Off: 0861−5     User: admin     Date Created: 4/25/2022
Case: 5:22−bk−70349     Form ID: pdf08Ac     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr      J. Brian Ferguson      brian@ozarkfunds.com
aty     Todd F. Hertzberg      toddhertzberg@yahoo.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Christine A Harp     3461 W Earnhardt Dr     Fayetteville, AR 72704

TOTAL: 1