IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

IN RE: CHRISTINE A. HARP,            CASE NO. 5:22-BK-70349

DEBTOR                                          CHAPTER 7

**ORDER GRANTING APPLICATION FOR AUTHORITY**
**TO EMPLOY REAL ESTATE PROFESSIONAL**

On April 25, 2022, J. Brian Ferguson, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), filed his *Application for Authority to Employ Real Estate Professional* (the "Application") [ECF Doc. No. 9], pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014. Based on a review of the Application, its attached Declaration of Disinterestedness, the Authorization and Right to Sell contract (the "Contract") attached to the Application as Exhibit A, and the Court's docket, the Court finds that the Application is APPROVED. The Trustee is authorized to hire Nathan Genovese under the terms set forth in the Application and the Contract.

IT IS SO ORDERED.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 04/25/2022

PROPOSED ORDER PREPARED BY:
J. Brian Ferguson
Arkansas Bar No. AR2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
Counsel for J. Brian Ferguson, Trustee