# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−5 | User: admin | Date Created: 4/25/2022 |
| Case: 5:22−bk−70349 | Form ID: pdf08Ac | Total: 6 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
tr     J. Brian Ferguson     brian@ozarkfunds.com
aty     J Brian Ferguson     brian@ozarkfunds.com
aty     Todd F. Hertzberg     toddhertzberg@yahoo.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Christine A Harp     3461 W Earnhardt Dr     Fayetteville, AR 72704
r     Nathan Genovese     RE/Max Real Estate Results     3103 SE Moberly Lane     Bentonville, AR 72712

TOTAL: 2