United States Bankruptcy Court

Western District of Arkansas

| | |
|---|---|
| In re: | Case No. 22-70349-bmr |
| Christine A Harp | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0861-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 25, 2022 | Form ID: pdf08Ac | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christine A Harp, 3461 W Earnhardt Dr, Fayetteville, AR 72704-6094 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 27, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J Brian Ferguson | on behalf of Trustee J. Brian Ferguson brian@ozarkfunds.com |
| J. Brian Ferguson | brian@ozarkfunds.com  AR24@ecfcbis.com |
| Todd F. Hertzberg | on behalf of Debtor Christine A Harp toddhertzberg@yahoo.com tfhertzbergigotnotices@gmail.com;tfhign@gmail.com;hertzberlawfirmofarkansaspa@jubileebk.net;diana.hertzberglaw@yahoo.com;autumn.hertzberglaw@yahoo.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF ARKANSAS

FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: CHRISTINE A. HARP, | CASE NO. 5:22-BK-70349 |
| DEBTOR | CHAPTER 7 |

**ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF
FERGUSON LAW FIRM, PLLC AS TRUSTEE COUNSEL**

On April 23, 2022, J. Brian Ferguson, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), filed his Application to Approve Employment of the Ferguson Law Firm, PLLC as counsel for the Trustee [ECF Doc. No. 7], pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014. Based on a review of the Application, its attached Declaration of Disinterestedness, and the Court's docket, the Court finds that the Application is APPROVED.

IT IS SO ORDERED.

Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 04/25/2022

PROPOSED ORDER PREPARED BY:
J. Brian Ferguson
Arkansas Bar No. AR2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
Counsel for J. Brian Ferguson, Trustee

EOD: April 25, 2022