IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: CHRISTINE A. HARP,               CASE NO. 5:22-BK-70349
      DEBTOR                                                        CHAPTER 7

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES FOR PROFESSIONALS

Comes now the Court and finds that notice has been given to all parties in interest of the filing of Trustee's Final Report and Account and Application for Compensation and Expenses [ECF Doc. No. 65]. The Court notes that the time for objecting has run and no objections have been filed. Therefore, IT IS ORDERED that Trustee's Final Report and Account is approved and Final Compensation and Expenses are allowed as follows:

| APPLICANT | COMPENSATION | EXPENSES |
|---|---|---|
| J. Brian Ferguson, Trustee | $1,350.00 | $467.14 |

IT IS SO ORDERED.

_(signed)_
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 11/08/2022

PROPOSED ORDER PREPARED BY:
J. Brian Ferguson
Arkansas Bar No. AR2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
Counsel for J. Brian Ferguson, Trustee

cc (via ECF or BNC):
Debtor(s), Christine Harp
Debtor(s)' Counsel, Todd Hertzberg
Chapter 7 Trustee, J. Brian Ferguson
United States Trustee
All creditors per matrix