# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−5 | User: admin | Date Created: 11/8/2022 |
| Case: 5:22−bk−70349 | Form ID: pdf08Ac | Total: 65 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee (ust)        USTPRegion13.LR.ECF@usdoj.gov
tr      J. Brian Ferguson         brian@ozarkfunds.com
aty     J Brian Ferguson          brian@ozarkfunds.com
aty     Sammy P. Hooda            shooda@ecf.courtdrive.com
aty     Todd F. Hertzberg         toddhertzberg@yahoo.com
```
                                                                          TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Christine A Harp          4593 W Wales Dr        Fayetteville, AR 72704
r           Nathan Genovese           RE/Max Real Estate Results        3103 SE Moberly Lane        Bentonville, AR 72712
5222157     Arkansas Department of Finance and Admin.        Legal Counsel Room 2380        P O Box 1272        Little Rock, AR 72203−1272
5213946     Arvest Bank        PO Box 1095        Lowell, AR 72745−0000
5227894     Ashley Funding Services, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
5213947     Banana Republic/Synchrony Bank        PO Box 965004        Orlando, FL 32896
5213948     Bank of America        PO Box 15284        Wilmington, DE 19850−0000
5220827     Bank of America, N.A.        PO Box 673033        DALLAS, TX 75267−3033
5213949     Cabela's Capital One        P.O. Box 60599        City of Industry, CA 91716−0599
5213950     Capital One (Kohls)        Po Box 30510        Los Angeles, CA 90030−0510
5213951     Care Credit/Synchrony Bank        Attn: Bankruptcy Dept.        P.O. 965061        Orlando, FL 32896
5213953     Citibank (Best Buy)        Po Box 6275        Sioux Falls, SD 57117−6275
5213954     Comenity Bank (Maurices)        Po Box 182125        Columbus, OH 43218−2125
5213955     Credit One Bank        PO Box 60500        City of Industry, CA 91716−0000
5213956     EDFinancial Services        120 N Seven Oaks Dr        Knoxville, TN 37922−0000
5225246     Edfinancial on behalf of US Dept. of Education        120 N Seven Oaks Drive        Knoxville, TN 37922
5213957     Equifax        Po Box 9701        Allen, TX 75013−9701
5213958     Exeter        PO Box 166008        Irving, TX 75016−0000
5213959     Experian        PO Box 4500        75013−0000
5223432     Fair Square Financial LLC        Resurgent Capital Services        PO Box 10368        Greenville, SC 29603−0368
5213960     First National Bank of Omaha        P.O. Box 3696        Omaha, NE 68103−0696
5213962     Ford Motor Credit        P.O. Box 542000        Omaha, NE 68154
5213961     Ford Motor Credit        c/o Hosto & Buchan        PO Box 3397        Little Rock, AR 72203−0000
5213963     Fortiva Retail Credit        P.O. Box 105341        Atlanta, GA 30348
5213964     Hertzberg Law Firm of Arkansas, P.A.        4285 N. Shiloh Drive STE 108        Fayetteville, AR 72703
5213965     Internal Revenue Service        PO Box 7346        19101−0000
5213966     J.P. Morgan Chase Bank        P.O. Box 15369        Wilmington, DE 19850
5213967     Jefferson Capital Systems, LLC        16 McLeland Rd.        Saint Cloud, MN 56303
5213969     LVNV Funding        P.O. Box 1269 Greenville        Greenville, SC 29602
5220801     LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
5213968     Lowes/Synchrony Bank        P.O. Box 981064        El Paso, TX 79998
5213970     Mac Tools        505 N Cleveland Ave.        Westerville, OH 43082
5213971     Mana Medical Assoc.        PO Box 1523        Fayetteville, AR 72702−0000
5213972     Mission Lane        P.O. Box 23075        Columbus, GA 31902−3075
5213973     Old Navy/Synchrony Bank        PO Box 965004        Orlando, FL 32896
5213974     Ollo        P.O. Box 660371        Dallas, TX 75266−0371
5227349     PORTFOLIO RECOVERY ASSOCIATES, LLC        POB 41067        Norfolk, VA 23541
5214080     PRA Receivables Management, LLC        PO Box 41021        Norfolk, VA 23541
5213975     Paypal Credit        PO Box 105658        Atlanta, GA 30348−0000
5213977     Portfolio Recovery Assoc        120 Corporate Blvd Ste 100        Norfolk, VA 23502−0000
5213976     Portfolio Recovery Assoc        PO Box 12914        Norfolk , VA 23541
5213978     Portfolio Recovery Associates        PO Box 12914        Norfolk, VA 23541
5213979     Premier Counseling Serv NWA        19 E Mountain Street        Fayetteville, AR 72701
5213980     Quantum3 Group LLC as agent fo        Comenity Bank        PO Box 788        Kirkland, WA 98083−0000
5221679     Quantum3 Group LLC as agent for MOMA Trust LLC        PO Box 788        Kirkland, WA 98083−0788
5224286     Resurgent Receivables, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603−0587
5213981     Roger Craig Harp        1620 N Whistling Straits 103        Fayetteville, AR 72704−6495
5213982     Rushmore Loan Management Services        PO Box 52708        Irvine, CA 92619
5213984     Synchrony Bank        Attn: Bankruptcy Dept        Po Box 965064        Orlando, FL 32896−5064
5213983     Synchrony Bank        PO Box 965064        Orlando, FL 32896−5064
5213985     Synchrony Bank (Sams)        Attn: Bankruptcy Dept        PO Box 965060        Orlando, FL 32896−0000
5213986     Synchrony Bank/TJX        Attn: Bankruptcy        P.O. Box 965060        Orlando, FL 32896
5213988     TD Bank (Target)        PO Box 660170        Dallas, TX 75266−0000
5213989     THD/CBNA − Home Depot        PO Box 6497        Sioux Falls, SD 57117−0000
5213987     Tbom/Contfin        P.O. Box 3220        Buffalo, NY 14240
```

| | | | | | |
|---|---|---|---|---|---|
| 5232180 | The Bank of Missouri | PO Box 105555 | Atlanta, GA 30348 | | |
| 5213990 | Trans Union | Po Box 2000 | Chester, PA 19016–2000 | | |
| 5229133 | U.S. Bank National Association | c/o Rushmore Loan Management Services | P.O. Box 55004 | Irvine, CA 92619–2708 | |
| 5213991 | Verve | P.O. Box 6812 | Carol Stream, IL 60197–6812 | | |
| 5213992 | Wells Fargo Equip. Finance | P.O. Box 858178 | Minneapolis, MN 55485–8178 | | |

TOTAL: 60