**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| In re: Harp, Christine A. | § § § § | Case No. 5:22-70349 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

J. Brian Ferguson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $19,797.27 | Assets Exempt: | $37,772.04 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $238,124.99 | Claims Discharged Without Payment: | $181,799.15 |
| Total Expenses of Administration: | $24,963.24 | | |

3) Total gross receipts of $320,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $56,911.77 (see **Exhibit 2**), yielded net receipts of $263,088.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $237,937.02 | $229,040.20 | $234,857.54 | $234,857.54 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $24,963.24 | $24,963.24 | $24,963.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $4,300.00 | $1,824.74 | $1,824.74 | $1,824.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $175,931.23 | $84,464.78 | $84,464.78 | $1,442.71 |
| **TOTAL DISBURSEMENTS** | $418,168.25 | $340,292.96 | $346,110.30 | $263,088.23 |

4) This case was originally filed under chapter 7 on 04/01/2022. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2022     By: /s/ J. Brian Ferguson
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lot 68, Salem Heights Subdivision, Phase I, to the City of Fayetteville, Washington County Arkansas. 3461 W Earnhardt Dr | 1110-000 | $320,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$320,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christine A. Harp | Payment for half interest in Property to Roger Harp | 8500-002 | $31,973.49 |
| | Debtor 522(d)(1) Exemption per Order Doc. #58 | 8100-002 | $24,938.28 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$56,911.77** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | U.S. Bank National Association | 4110-000 | $231,961.00 | $229,040.20 | $234,857.54 | $234,857.54 |
| N/F | Exeter | 4110-000 | $5,976.02 | NA | NA | NA |
| | **TOTAL SECURED** | | **$237,937.02** | **$229,040.20** | **$234,857.54** | **$234,857.54** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - J. Brian Ferguson | 2100-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| Trustee, Expenses - J. Brian Ferguson | 2200-000 | NA | $467.14 | $467.14 | $467.14 |
| Attorney for Trustee Fees - Ferguson Law Firm, PLLC | 3110-000 | NA | $900.00 | $900.00 | $900.00 |
| Costs re Sale of Property (closing costs, etc.) - TWS Title, LLC | 2500-000 | NA | $6,060.00 | $6,060.00 | $6,060.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $15.41 | $15.41 | $15.41 |
| Other State or Local Taxes (post-petition) - TWS Title, LLC | 2820-000 | NA | $1,633.99 | $1,633.99 | $1,633.99 |
| Realtor for Trustee Fees - TWS Title, LLC | 3510-000 | NA | $13,504.00 | $13,504.00 | $13,504.00 |
| Realtor for Trustee Expenses - TWS Title, LLC | 3520-000 | NA | $1,032.70 | $1,032.70 | $1,032.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $24,963.24 | $24,963.24 | $24,963.24 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Arkansas Department of Finance and Administration | 5800-000 | NA | $1,824.74 | $1,824.74 | $1,824.74 |
| N/F | Internal Revenue Service | 5600-000 | $1,300.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $3,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$4,300.00** | **$1,824.74** | **$1,824.74** | **$1,824.74** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding, LLC | 7100-000 | $7,060.48 | $7,499.11 | $7,499.11 | $128.16 |
| 2 | Bank of America, N.A. | 7100-000 | $20,126.00 | $20,126.73 | $20,126.73 | $343.96 |
| 3 | Quantum3 Group LLC | 7100-000 | NA | $2,817.77 | $2,817.77 | $48.15 |
| 4 | Quantum3 Group LLC | 7100-000 | $3,257.69 | $3,257.69 | $3,257.69 | $55.67 |
| 5U | Arkansas Department of Finance and Administration | 7300-000 | NA | $43.84 | $43.84 | $0.00 |
| 6 | Fair Square Financial LLC | 7100-000 | NA | $2,174.65 | $2,174.65 | $37.16 |
| 7 | Resurgent Receivables, LLC | 7100-000 | $500.00 | $468.08 | $468.08 | $8.00 |
| 8 | Resurgent Receivables, LLC | 7100-000 | $2,200.00 | $2,375.09 | $2,375.09 | $40.59 |
| 9 | Edfinancial on behalf of US Dept. of Education | 7100-000 | $6,775.00 | $6,775.56 | $6,775.56 | $115.79 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $11,073.59 | $11,073.59 | $11,073.59 | $189.24 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $5,153.57 | $5,153.57 | $5,153.57 | $88.07 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $5,917.46 | $5,917.46 | $5,917.46 | $101.13 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $3,228.01 | $3,228.01 | $3,228.01 | $55.17 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $6,136.45 | $6,136.45 | $6,136.45 | $104.87 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $3,086.31 | $3,086.31 | $3,086.31 | $52.74 |
|---|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $2,639.59 | $2,639.59 | $2,639.59 | $45.11 |
| 17 | Ashley Funding Services, LLC | 7100-000 | NA | $108.87 | $108.87 | $1.86 |
| 19 | The Bank of Missouri | 7100-000 | NA | $1,582.41 | $1,582.41 | $27.04 |
| N/F | Arvest Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cabela's Capital One | 7100-000 | $14,269.33 | NA | NA | NA |
| N/F | Capital One (Kohls) | 7100-000 | $3,231.00 | NA | NA | NA |
| N/F | Equifax | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Experian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | First National Bank of Omaha | 7100-000 | $2,963.47 | NA | NA | NA |
| N/F | Ford Motor Credit | 7100-000 | $22,985.24 | NA | NA | NA |
| N/F | Fortiva Retail Credit | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | J.P. Morgan Chase Bank | 7100-000 | $29,388.24 | NA | NA | NA |
| N/F | Lowes/Synchrony Bank | 7100-000 | $9,321.27 | NA | NA | NA |
| N/F | Mac Tools | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mana Medical Assoc. | 7100-000 | $430.00 | NA | NA | NA |
| N/F | Mission Lane | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Olio | 7100-000 | $2,300.00 | NA | NA | NA |
| N/F | Premier Counseling Serv NWA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Synchrony Bank | 7100-000 | $1,220.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Synchrony Bank | 7100-000 | $1,156.00 | NA | NA | NA |
| N/F | Synchrony Bank (Sams) | 7100-000 | $2,728.53 | NA | NA | NA |
| N/F | TD Bank (Target) | 7100-000 | $5,064.00 | NA | NA | NA |
| N/F | Tbom/Contfin | 7100-000 | $720.00 | NA | NA | NA |
| N/F | Trans Union | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verve | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Wells Fargo Equip. Finance | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$175,931.23** | **$84,464.78** | **$84,464.78** | **$1,442.71** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 5:22-70349
**Case Name:** Harp, Christine A.
**For Period Ending:** 12/07/2022

**Trustee Name:** (250240) J. Brian Ferguson
**Date Filed (f) or Converted (c):** 04/01/2022 (f)
**§ 341(a) Meeting Date:** 05/19/2022
**Claims Bar Date:** 08/22/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Lot 68, Salem Heights Subdivision, Phase I, to the City of Fayetteville, Washington County Arkansas. 3461 W Earnhardt Dr Fayetteville, AR 72704, Washington County | 103,525.00 | 0.00 | | 320,000.00 | FA |
| 2 | 2019 Jeep Cherokee, 88920 miles | 15,000.00 | 1,049.21 | | 0.00 | FA |
| 3 | Washer, Stove, Sola, Tables(5), Dishwasher, Chairs(6), Chests(2), Dryer, Refrigerator, Microwave, Beds(3), Work Desks(2), Curcio Clock, Bookshelves(2), Push Lawn Mower, Patio Furniture, Dressers(2), Lamps(4), Bedding & Linens, Misc. Kitchenware, Household Tools, Seasonal Items | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | TVs(2), Laptop, Printer, DVD, Cell Phones(2), DVDs(50), Roku's(2) | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Conoco money bank collection trucks | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Bicycles(2) | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Shirts, Pants, Jeans, Suits, Ties, Belts, Shorts, Skirts, Dresses, Robes, Jackets, Coats, Gloves, Shoes, Boots, Hats | 600.00 | 0.00 | | 0.00 | FA |
| 8 | Necklaces, Bracelets, Rings, Earrings, Watches, Sunglasses | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Dogs(2) | 20.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 8.00 | 0.00 | | 0.00 | FA |
| 11 | Checking account: Bank Ozk | 402.88 | 0.00 | | 0.00 | FA |
| 12 | Checking account: Arvest Bank | 0.32 | 0.00 | | 0.00 | FA |
| 13 | Other financial account: Cash App | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Other financial account: Apple Pay | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Other financial account: Venmo | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 401 (k) or similar plan: Fidelity Netbenefits Progressive | 1,021.16 | 0.00 | | 0.00 | FA |
| 17 | 401 (k) or similar plan: Fidelity Netbenefits Gateway First Bank | 525.88 | 0.00 | | 0.00 | FA |
| 18 | Ninnescah Valley Bank (Kansas) Checking Account<br><br>Joint account holder with elderly mother to assist her with her finances or emergency; no Debtor funds in the account or use of funds for Debtor's purposes. Funds deposited in the account are from mother's social security benefits. ($11,700.43 balance). | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 5:22-70349  
**Case Name:** Harp, Christine A.  
**For Period Ending:** 12/07/2022

**Trustee Name:** (250240) J. Brian Ferguson  
**Date Filed (f) or Converted (c):** 04/01/2022 (f)  
**§ 341(a) Meeting Date:** 05/19/2022  
**Claims Bar Date:** 08/22/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Bank Ozk Checking Account (Account for minor) | 6.68 | 0.00 | | 0.00 | FA |
| 20 | Bank Ozk Checking Account | 12.35 | 0.00 | | 0.00 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$123,322.27** | **$1,049.21** | | **$320,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   **Current Projected Date Of Final Report (TFR):**   09/30/2022 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

| | Form 2 | Exhibit 9 |
|---|---|---|
| | Cash Receipts And Disbursements Record | Page: 1 |

| Case No.: | 5:22-70349 | Trustee Name: | J. Brian Ferguson (250240) |
|---|---|---|---|
| Case Name: | Harp, Christine A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6244 | Account #: | ******8360 Checking |
| For Period Ending: | 12/07/2022 | Blanket Bond (per case limit): | $22,949,633.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/12/22 | | TWS Title, LLC | Sale proceeds on 3461 Earnhardt Drive per Order at Doc #53 | | 30,938.28 | | 30,938.28 |
| | {1} | | Sale proceeds on 3461 Earnhardt Drive per Order at Doc #53 $320,000.00 | 1110-000 | | | |
| | | | Assessments 08/09/2022 to 02/01/2023 $96.25 | 2820-000 | | | |
| | | U.S. Bank National Association | Payoff of First Mortgage Loan to Rushmore Loan Management per order @ Doc #53 -$234,857.54 | 4110-000 | | | |
| | | | Seller Credit -$5,000.00 | 2500-000 | | | |
| | | | County Taxes 01/01/2022 to 08/09/2022 -$1,202.24 | 2820-000 | | | |
| | | | Title-CPL, Title Search Fee, QC Deed prep, Closing/Escrow Fee, Recording Fees Deed, Escrow Agreement, Record Quit Claim Deed -$790.00 | 2500-000 | | | |
| | | | Revenue Stamp Tax (State Deed Taxes) to Department of Finance -$528.00 | 2820-000 | | | |
| | | | HOA Arrears paid per Order @ Doc #53 -$270.00 | 2500-000 | | | |
| | | | Payment for half interest in Property to Roger Harp -$31,973.49 | 8500-002 | | | |
| | | | Selling Agent Commission to Gibson Real Estate -$8,000.00 | 3510-000 | | | |
| | | | Reimbursement to Selling Agent to Nathan Genovese -$1,032.70 | 3520-000 | | | |
| | | | Listing Agent Commission to RE/MAX -$5,504.00 | 3510-000 | | | |
| 08/16/22 | 101 | Christine A. Harp | Debtor 522(d)(1) Exemption per Order Doc. #58 | 8100-002 | | 24,938.28 | 6,000.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.41 | 5,984.59 |
| 09/20/22 | 102 | Ferguson Law Firm, PLLC | Attorney for Trustee paid per order dated 9/19/2022 @ Doc #63. | 3110-000 | | 900.00 | 5,084.59 |
| 11/08/22 | 103 | J. Brian Ferguson | Combined trustee compensation & expense dividend payments. | | | 1,817.14 | 3,267.45 |

Page Subtotals:   $30,938.28   $27,670.83

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 5:22-70349 | Trustee Name: | J. Brian Ferguson (250240) |
|---|---|---|---|
| Case Name: | Harp, Christine A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6244 | Account #: | ******8360 Checking |
| For Period Ending: | 12/07/2022 | Blanket Bond (per case limit): | $22,949,633.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | J. Brian Ferguson | Claims Distribution - Fri, 09-30-2022 $1,350.00 | 2100-000 | | | |
| | | J. Brian Ferguson | Claims Distribution - Fri, 09-30-2022 $467.14 | 2200-000 | | | |
| 11/08/22 | 104 | Arkansas Department of Finance and Administration | Distribution payment - Dividend paid at 100.00% of $1,824.74; Claim # 5P; Filed: $1,824.74 | 5800-000 | | 1,824.74 | 1,442.71 |
| 11/08/22 | 105 | LVNV Funding, LLC | Distribution payment - Dividend paid at 1.71% of $7,499.11; Claim # 1; Filed: $7,499.11 | 7100-000 | | 128.16 | 1,314.55 |
| 11/08/22 | 106 | Bank of America, N.A. | Distribution payment - Dividend paid at 1.71% of $20,126.73; Claim # 2; Filed: $20,126.73 | 7100-000 | | 343.96 | 970.59 |
| 11/08/22 | 107 | Quantum3 Group LLC | Combined dividend payments for Claim #3, 4 | | | 103.82 | 866.77 |
| | | Quantum3 Group LLC | Claims Distribution - Fri, 09-30-2022 $48.15 | 7100-000 | | | |
| | | Quantum3 Group LLC | Claims Distribution - Fri, 09-30-2022 $55.67 | 7100-000 | | | |
| 11/08/22 | 108 | Fair Square Financial LLC | Distribution payment - Dividend paid at 1.71% of $2,174.65; Claim # 6; Filed: $2,174.65 | 7100-000 | | 37.16 | 829.61 |
| 11/08/22 | 109 | Resurgent Receivables, LLC | Combined dividend payments for Claim #7, 8 | | | 48.59 | 781.02 |
| | | Resurgent Receivables, LLC | Claims Distribution - Fri, 09-30-2022 $8.00 | 7100-000 | | | |
| | | Resurgent Receivables, LLC | Claims Distribution - Fri, 09-30-2022 $40.59 | 7100-000 | | | |
| 11/08/22 | 110 | Edfinancial on behalf of US Dept. of Education | Distribution payment - Dividend paid at 1.71% of $6,775.56; Claim # 9; Filed: $6,775.56 | 7100-000 | | 115.79 | 665.23 |
| 11/08/22 | 111 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Combined dividend payments for Claim #10, 11, 12, 13, 15, 16 | | | 531.46 | 133.77 |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022 $189.24 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022 $88.07 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022 $101.13 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022 $55.17 | 7100-000 | | | |

Page Subtotals:  $0.00    $3,133.68

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 5:22-70349 | Trustee Name: | J. Brian Ferguson (250240) |
|---|---|---|---|
| Case Name: | Harp, Christine A. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6244 | Account #: | ******8360 Checking |
| For Period Ending: | 12/07/2022 | Blanket Bond (per case limit): | $22,949,633.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022  $52.74 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 09-30-2022  $45.11 | 7100-000 | | | |
| 11/08/22 | 112 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Distribution payment - Dividend paid at 1.71% of $6,136.45; Claim # 14; Filed: $6,136.45 | 7100-000 | | 104.87 | 28.90 |
| 11/08/22 | 113 | Ashley Funding Services, LLC | Distribution payment - Dividend paid at 1.71% of $108.87; Claim # 17; Filed: $108.87 | 7100-000 | | 1.86 | 27.04 |
| 11/08/22 | 114 | The Bank of Missouri | Distribution payment - Dividend paid at 1.71% of $1,582.41; Claim # 19; Filed: $1,582.41 | 7100-000 | | 27.04 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 30,938.28 | 30,938.28 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 30,938.28 | 30,938.28 | |
| Less: Payments to Debtors | | 24,938.28 | |
| NET Receipts / Disbursements | $30,938.28 | $6,000.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 5:22-70349 | **Trustee Name:** | J. Brian Ferguson (250240) | |
| **Case Name:** | Harp, Christine A. | **Bank Name:** | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***6244 | **Account #:** | ******8360 Checking | |
| **For Period Ending:** | 12/07/2022 | **Blanket Bond (per case limit):** | $22,949,633.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8360 Checking | $30,938.28 | $6,000.00 | $0.00 |
| | $30,938.28 | $6,000.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)